# LIST OF CREDITORS
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-1(a)

    The undersigned, the President of Jairrabrandy Realty Enterprises LLC, a New York Corporation (the "Corporation"), states that the creditors listed below are the only creditors of the Corporation:

1.  Fred Padovano                                    $2,300,000.00
    c/o Adam Mikolay, Esq.
    90 Merrick Avenue
    Suite 501
    East Meadow, NY 11554

2.  Hal Mevorah                                      $500,000.00
    67-19 213th Street
    Oakland Gardens, NY 11364

Dated: March 16, 2016

                                                  s/Angaad Sooknandan
                                                  ANGAAD SOOKNANDAN
                                                  President

Sworn to before me this
16th day of March 2016

s/Stuart Gelberg
Stuart Gelberg
Notary Public State of New York
No. 01GE4676624
Qualified in Nassau County
Commission Expires April 30, 2018